Alicia J. Donahue, SBN 117412
adonahue@shb.com
Amir Nassihi, SBN 235936
anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone: 415.544.1900
Facsimile: 415.391.0281

Attorneys for Defendant
BAYER HEALTHCARE
PHARMACEUTICALS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIARA AIONA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BAYER HEALTHCARE PHARMACEUTICALS INC., <br><br> Defendant. <br><br> Relates to: *Aiona, et al., v. Bayer Healthcare Pharmaceuticals, Inc.,* Case No. 3:14-cv-04745-JCS | Case No. 3:13-cv-05969-EMC <br><br> **JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Pursuant to Civil Local Rules 3-12 and 7-11 Defendant Bayer HealthCare Pharmaceuticals (Bayer) and Plaintiffs hereby file this Joint Administrative Motion on whether to relate this case (*Aiona I*) to *Aiona et al v. BayerHealthCare Pharmaceuticals Inc.*, Case No. 3:14-cv-04745-JCS (*Aiona II*). Previously, *Aiona I* was removed on December 27, 2013 and remanded on February 27, 2014.

Local Rule 3-12 provides:

> Whenever a party knows or learns that an action, filed in or removed to this district is (or the party believes that the action may be) related to an action which is or was pending in this District as defined in Civil L.R. 3-12(a), the party must promptly file in the earliest-filed case an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11.

Under Local Rule 3-12(a), actions are related when they concern substantially the same parties, property, transaction or event, or if it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if cases are conducted before different judges. Because *Aiona II* meets the criteria of a related case under Local Rule 3-12(a), Parties respectfully requests that *Aiona II* be related to *Aiona I*.

### A. The Present Case Was Previously Removed to the Northern District of California

On July 18, 2013, this case was commenced in the San Francisco County Superior Court bearing the case number CGC-13-532931. Pursuant to 28 U.S.C. 1446(b), this action was timely removed by Bayer on December 27, 2013 on the basis of diversity jurisdiction. *See Aiona v. Bayer,* Case No. 3:13-cv-05969, ECF No. 1. Bayer alleged that there was complete diversity between the parties, and that non-diverse Plaintiff in the matter was fraudulently joined because her claims were time-barred under the New Jersey statute of limitations.

Following removal, the case was entitled *Aiona et al v. Bayer HealthCare Pharmaceuticals Inc.*, case number 3:13-cv-05969 (herein *Aiona I*). On January 8, 2014, *Aiona I* was reassigned to the Honorable Edward M. Chen. *See Aiona v. Bayer,* Case No. 3:13-cv-05969-EMC, ECF No. 12. Additionally, on January 17, 2014, Plaintiffs filed a Motion to Relate *Aiona I* to *Baker v. Bayer HealthCare Pharmaceuticals*, case number 3:13-cv-0490-THE-KAW. *See Aiona v. Bayer,* Case No. 3:13-cv-05969-EMC, ECF No. 15. On the same day the motion was filed, the Honorable Thelton Henderson determined that the cases were not related. *See Aiona v. Bayer,* Case No. 3:13-cv-05969-EMC, ECF No. 15.

On January 21, 2014, Plaintiff filed a Motion to Remand *Aiona I*, arguing that the Federal Court lacked jurisdiction over the action because of a lack of complete diversity, and on the grounds that the case was untimely removed from the San Francisco County Superior Court. *See Aiona v. Bayer,* Case No. 3:13-cv-05969-EMC, ECF No. 16. Judge Chen granted Plaintiffs' Motion to Remand *Aiona I* on February 27, 2014. *See Aiona v. Bayer,* Case No. 3:13-cv-05969, ECF No. 22-23.

On October 24, 2014, following developments in state court involving a petition to coordinate that Bayer asserted brought this case under CAFA jurisdiction, Bayer once again filed a Notice of Removal, Case No. 3:14-cv-04745-JCS.[1] Bayer argued that the case is removable under 28 U.S.C. 1332. Bayer asserts that this case was properly removed because *Aiona II* involves the monetary relief claims of 100 or more persons that are proposed to be tried jointly on the grounds that the cases involve common questions or law and fact, Bayer argued that removal was appropriate. Bayer also argued that the statutory aggregate and individual monetary amounts were both satisfied, and that there is diversity between Bayer and at least one of the Plaintiffs. Because *Aiona II* meets the statutory requirements for 28 U.S.C. 1332, removal is appropriate.

**B.     *Aiona I* and *Aiona II* Involve the Same Parties, Property, Transaction or Event**

*Aiona I* and *Aiona II* arise out of the same or substantially similar incidents and call for the determination of similar questions of law or fact. Both cases involve injuries arising from the same Plaintiffs' use of the Mirena IUS system, manufactured by Bayer, who is the sole defendant in each case. Because *Aiona I* and *Aiona II* involve identical parties, and call for determination of identical issues, they are related pursuant to Local Rule 3-12(a).

**C.     Relating *Aiona I* and *Aiona II* will conserve judicial resources and avoid inconsistent results**

It is likely that there will be an unduly burdensome duplication of labor and expense, and the possibility of conflicting results if these cases are not related. Both cases involve the same plaintiffs, defendant and involve the same product. As such, relating these cases will serve the purpose or conserving judicial resources and preventing inconsistent results.

For the reasons stated above, Bayer respectfully requests that this action be related.

---

[1] On September 24, 2014, attorneys from Engstrom, Lipscomb & Lack and Girardi & Keese, who represent Plaintiffs' in the *Murphy et al. v. Bayer HealthCare Pharmaceuticals, Inc., et al.,* Case No. 5:14-cv-02210-VAP-KK and *Anderson et al. v. Bayer HealthCare Pharmaceuticals, Inc., et al.*, Case No. 2:14-cv-08276-BRO-VBK cases filed a petition with the California Judicial Council to establish a coordinated proceeding before a single trial judge for California state-court products liability actions alleging personal injuries due to Plaintiffs' Mirena. Of the 7 actions originally included in the Coordination Petition, four remain, *Aiona I*, *Anderson*, *Murphy,* and *Austin et al. v. Bayer HealthCare Pharmaceuticals, Inc., et al.*, Case No. 2:14-cv-08284-R-JPR. *Murphy*, *Austin*, and *Anderson* were removed at the same time as this case was removed, and on the same basis.

297886 v1

Dated: October 31, 2014                                         SHOOK, HARDY & BACON L.L.P.


                                                                By:  /s/ *Alicia J. Donahue*
                                                                      Alicia J. Donahue

                                                                Attorney for Defendant
                                                                BAYER HEALTHCARE
                                                                PHARMACEUTICALS, INC.


Dated: October 31, 2014                                         AUDET & PARTNERS, LLP


                                                                By:  /s/ *Jill Lin*
                                                                      William M. Audet
                                                                      Mark Burton
                                                                      Jill Lin

                                                                Attorneys for Plaintiffs

297886 v1