1 William M. Audet (SBN: 117456)
Mark E. Burton, Jr. (SBN: 178400)
2 Jill T. Lin (SBN: 284962)
AUDET & PARTNERS, LLP
3 221 Main Street, Suite 1460
San Francisco, California 94105
4 Telephone: 415.568.2555
Facsimile: 415.568.2556

*Attorneys for Plaintiff Nicole Baker*

Alicia J. Donahue (SBN 117412)
Email: adonahue@shb.com
Amir Nassihi (SBN 235936)
Email: anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone: 415.544.1900
Facsimile: 415.391.0281

*Attorneys for Defendant*
*BAYER HEALTHCARE PHARMACEUTICALS INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIONA, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE<br>PHARMACEUTICALS, INC.,<br><br>　　　　　Defendant.<br><br>Relates to: *Aiona, et al. v. Bayer HealthCare Pharmaceuticals, Inc.,* Case No. 3:14-cv-04745-JCS | Case No. 3:13-cv-05969-EMC<br><br>**STIPULATION AND [PR~~OPOSED~~]**<br>**ORDER TO RELATE CASE** |

Pursuant to Civil Local Rules 3-12 and 7-11, the parties filed a Joint Administrative Motion to Consider Whether Cases Should Be Related on October 31, 2014.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through their respective attorneys of record that this action is related to *Aiona, et al., v. Bayer Healthcare Pharmaceuticals, Inc.,* Case No. 3:14-cv-04745-JCS *(Aiona II)* as defined by Civil Local Rule 3-12.

Dated: October 31, 2014          By:    /s/ Jill T. Lin
                                                                Jill T. Lin

                                                          Attorneys for Plaintiff
                                                          Nicole Baker

Dated: October 31, 2014          By:    /s/ Alicia J. Donahue
                                                                Alicia J. Donahue

                                                          Attorneys for Defendant
                                                          Bayer HealthCare Pharmaceuticals Inc.

Pursuant to L.R. 5-11(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

                                                                         By:    /s/ Alicia J. Donahue
                                                                                Alicia J. Donahue

**[~~PROP~~OSED] ORDER**

The parties filed a Joint Administrative Motion to Consider Whether Cases Should Be Related on October 31, 2014, pursuant to Civil Local Rules 3-12 and 7-11 of the Northern District of California.

The Court finds that this action is related to *Aiona, et al. v. Bayer HealthCare Pharmaceuticals, Inc.,* Case No. 3:14-cv-04745-JCS *(Aiona II)* as defined by Civil Local Rule 3-12.

IT IS SO ORDERED.

Dated: 11/6/14   _____
MAGISTRATE JUDGE EDWARD M. CHEN



3

297981 v1